**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6969**

---

STEVE C. CHADWICK,

        Plaintiff - Appellant,

    v.

STATE OF MARYLAND,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:24-cv-01985-TDC)

---

Submitted:  December 19, 2024              Decided:  December 27, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steve Carl Chadwick, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Carl Chadwick appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order, *Chadwick v. Maryland*, No. 1:24-cv-01985-TDC (D. Md. Aug. 28, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2